IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

FILED
02 AUG -9 AM 8:57
CLERK

# QUESTIONNAIRE FOR PRISONERS PROCEEDING PRO SE UNDER ~~42 U.S.C. §1983~~ BIVENS

WILLIAM ABRAHAM HUBBARD

Reg. No.: 89484-020

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

Plaintiff(s)

VS.

SPECIAL AGENT ED WALKER;
SPECIAL AGENT JAMES CEARLEY;
& APPROXIMATELY 25 UNKNOWN
AGENTS
(NAME OF EACH DEFENDANT)

Defendant(s)

3:02-CV-79(DF)

CIVIL ACTION NO. 302-CV-33(HL)

## I. GENERAL INFORMATION

1. Your full name and prison number William Abraham Hubbard 89484-020
2. Name and location of prison where you are now confined FCI Ashland; PO Box 6001; Ashland, KY 41105
3. Sentence you are now serving (how long?) 228 months
   (a) What were you convicted of? Count One: 21 USC §846; Count Two: 18 USC §924(c)(1) and 18 USC §2
   (b) Name and location of court which imposed sentence U.S. District Court for the Middle District of Georgia, Athens Division
   (c) When was sentence imposed? September 07, 2000
   (d) Did you appeal your sentence and/or conviction? ☒ Yes ☐ No
   (e) What was the result of your appeal? Denied
   (f) Approximate date your sentence will be completed 2016

Rec# 508964

1

7. **In what other institutions have you been confined? Give dates of entry and exit.**

none

## IV. PARTIES TO THIS LAWSUIT

8. **List the name and address of <u>each</u> plaintiff in this lawsuit.**

William Hubbard; Reg. No. 89484-020; FCI Ashland; P. O. Box 6001;
Ashland, Kentucky 41105

9. **List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGES IF NECESSARY)

Special Agent Ed Walker; address unknown

Special Agent James Cearley; address unknown

Approximately 25 Unknown Agents; addresses unknown

## V. STATEMENT OF CLAIM

10. **In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.**

**Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>! If the court needs additional information from you, you will be notified.**

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

(1) Award appropriate damages for the violations of the Plaintiffs' civil rights;

(2) Order the return of all 63 firearms illegally seized, or the equivilent monetary damages, along with punitive damages;

(3) Order the return of all $30,000.00 in cash illegaly seized, or the difference between the $30,000.00 actually seized and the $13,360.00 alleged to be subject to forfeiture. (Exhibit 8).

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this 3 day of August, 2002.

William Hubbard
PLAINTIFF